# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 14, 2014

**Before**

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

Nos. 13-3553 & 14-1371

| | |
|---|---|
| ROBERT L. WINSTON, | Appeal from the United States |
| *Plaintiff-Appellant,* | District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 1:10-CV-08218 |
| OFFICER O'BRIEN, et al | |
| *Defendants.* | **Elaine E. Bucklo,** *Judge*. |

APPEAL OF: CITY OF CHICAGO

**O R D E R**

It is ordered that the Amended Opinion issued on this date is substituted for the Opinion issued on November 7, 2014, which is now withdrawn.